UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| LANE BOWDEN, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:13-cv-201-GZS |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant | ) | |

## ORDER AFFIRMING THE REPORT AND RECOMMENDED DECISION ON APPEAL AND ON MOTION TO REMAND

The United States Magistrate Judge filed with the Court on March 31, 2014, his Recommended Decision (ECF No. 22). Defendant filed its Limited Objection to the Recommended Decision (ECF No. 23) on April 10, 2014. Plaintiff filed his Response to Plaintiff's Objection to the Recommended Decision (ECF No. 24) on April 24, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. The Limited Objection has no impact on the validity of the Recommended Decision.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF No. 18) is hereby **DENIED**.

3. It is hereby **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 25th day of April, 2014.